UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIRA BOYLE,

                Plaintiffs,

v.

EATZ RESTAURANT CORP. d/b/a PETE'S
PIZZARIA and THEODORE APODIACOS,

                Defendants.
------------------------------------------------------------X

Case No.: 12-cv-02790

**STIPULATION OF DISMISSAL**

      IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed without prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Date: December 12, 2013
New York, New York

_____
D. Maimon Kirschenbaum
Joseph and Kirschenbaum LLP
233 Broadway, 5th Floor
New York, NY 10279

Attorneys for Plaintiff

Date: December 13, 2013
New York, New York

_____
Mathew E. Beckwith, Esq.
Sacco & Fillas, LLP
1515 Broadway
New York, NY 10036

Attorneys for Defendants

SO ORDERED

/s/ Judge Raymond J. Dearie

12/16/13